JS-6

FILED
CLERK, U.S. DISTRICT COURT

March 16, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALVAREZ, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>9021PHO FASHION SQUARE LLC, a California Limited Liability Company; 9021PHO RESTAURANTS LLC, a California Limited Liability Company; 9021PHO BEVERLY HILLS LLC a California Limited Liability Company; 9021PHO GLENDALE GALLERIA LLC, a California Limited Liability Company; 9021PHO KTOWN LLC, a California Limited Liability Company; 9021PHO SUNSET LLC, a California Limited Liability Company; 9021PHO THOUSAND OAKS LLC, a California Limited Liability Company; 9021PHO WESTWOOD LLC, a California Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | CASE No. 2:15-cv-03657-SJO-VBK<br><br>[PROPOSED] ORDER AND FINAL JUDGMENT GRANTING FINAL APPROVAL OF FLSA SETTLEMENT<br><br>Judge: Hon. Judge S. James Otero<br>Date: March 21, 2016<br>Time: 10:00 a.m.<br>Dept.: 1 |

1

[PROPOSED] ORDER AND FINAL JUDGMENT GRANTING FINAL SETTLEMENT APPROVAL

This matter came on for hearing on March 21, 2016, at 10:00 a.m., in Department 1 of the United States District Court for the Central District of California before the Honorable S. James Otero. Having considered all papers filed and proceedings held herein, having reviewed the proposed Settlement and the record in the above captioned matter, and good cause appearing thereto, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The terms "Settlement" or "Settlement Agreement" shall refer to the revised Settlement Agreement filed by Plaintiffs Jorge Alvarez and Javier Clara on February 9, 2016, and all terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless specifically provided herein.

2. The Court grants final approval of the Parties' Settlement Agreement because it meets the criteria for settlement approval under the Fair Labor Standards Act ("FLSA"), pursuant to 29 U.S.C. § 216(b). The Settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. The Court finds that the Settlement was achieved in an adversarial context, that Plaintiffs were represented by attorneys experienced in wage and hour litigation and capable of protecting Plaintiffs' rights, that the Settlement reflects a reasonable compromise over issues actually in dispute, and that the terms of the Settlement are fair and reasonable.

4. The Court finds that attorneys' fees in the amount of $38,500 and actual litigation costs of $5,884.07 are reasonable and justified by the evidence submitted, and orders that those amounts be paid to Plaintiffs' counsel in accordance with the terms of the Settlement Agreement.

///
///
///

[~~PROPOSED~~] ORDER AND FINAL JUDGMENT GRANTING FINAL SETTLEMENT APPROVAL

1       5.     This document shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.  The Action is hereby dismissed on the merits and with prejudice.

IT IS SO ORDERED.

Dated: <u>March 16</u>, 2016    _____
                                         The Honorable S. James Otero
                                         United States District Judge

[PROPOSED] ORDER AND FINAL JUDGMENT GRANTING FINAL SETTLEMENT APPROVAL